UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASAUNDRA FLETCHER,

      Plaintiff,                                 No. 21-10739

v.                                            Hon. Nancy G. Edmunds

FORD MOTOR COMPANY,

      Defendant.
_____/

**ORDER REGARDING PLAINTIFF'S STATE LAW CLAIMS**

Plaintiff Casaundra Fletcher filed suit against Defendant Ford Motor Company in this Court on April 1, 2021. Plaintiff's complaint brings claims under the Family and Medical Leave Act (Count I), Americans with Disabilities Act (Count II), Title VII of the Civil Rights Act of 1964 (Count III), Michigan's Persons with Disabilities Act (Count IV), and Michigan's Elliott-Larsen Civil Rights Act (Count V).

This Court has federal question jurisdiction over Counts I through III, but Counts IV and V are based solely on state law. While the Court may exercise supplemental jurisdiction over those claims, it has the discretion to decline doing so. *See* 28 U.S.C. § 1367(c). Based on the complaint, however, the parties appear to be diverse. But Plaintiff does not explicitly invoke this Court's diversity jurisdiction or make any assertions regarding the amount in controversy.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall, within seven (7) days of the date of this order, if she chooses to rely on diversity jurisdiction as this Court's basis to hear her state law claims, establish that the Court does indeed have

diversity jurisdiction.  If Plaintiff does not respond to this order or if diversity jurisdiction is lacking, the Court will decline to exercise supplemental jurisdiction over Plaintiff's state law claims.

      SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: February 17, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 17, 2022, by electronic and/or ordinary mail.

                              s/Lisa Bartlett
                              Case Manager